AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

One (1) Samsung Cellular Phone, SM-N976V, IMEI 356628103404966, Two (2) SanDisk thumb drives, Currently in the Possession of the FBI

Case No. 3:20-sw-52

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One (1) Samsung Cellular Phone, SM-N976V, IMEI 356628103404966, Two (2) SanDisk thumb drives Currently in the Possession of the FBI, at 1970 East Parham Road, Richmond Virginia

located in the EASTERN District of VIRGINIA, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of the attached Affidavit, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2241(c) | Aggravated Sexual Abuse With Children |
| 18 U.S.C. § 2422 | Coercion & Enticement |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ___________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]

*Applicant's signature*

Cedric Jefferson FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

/s/ [signature]

Roderick C. Young
United States Magistrate Judge

*Judge's signature*

Date: 2/26/2020

City and state: Richmond, VA

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF Virginia
Richmond Division

| IN THE MATTER OF THE SEARCH OF: One (1) Samsung Cellular Phone, SM-N976V, IMEI 356628103404966, Two (2) SanDisk thumb drives, Currently in the Possession of the Federal Bureau of Investigation, 1970 East Parham Road, Richmond, Virginia | Case No. 3:20SW52 |
|---|---|

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Cedric Jefferson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of three electronic devices that are currently in the possession of the Federal Bureau of Investigation (FBI), and the extraction of electronically stored information described in Attachment B from those devices.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed by the FBI since January 2015. I am currently assigned to the Richmond Field Office, Richmond, Virginia. I am assigned to the Child Exploitation Task Force that conducts investigations pertaining to child sex trafficking, child pornography, and child abductions. As part of my duties, I have received training regarding the investigation of various federal crimes including, but not limited to, child exploitation, complex financial crimes, civil rights and public corruption. By virtue of my FBI employment, I performed and have performed a variety of investigative tasks, including

conducting arrests and the execution of federal search warrants and seizures. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

3. I believe that this affidavit establishes probable cause to believe that the SUBJECT DEVICES constitute evidence, fruits and instrumentalities of the following offenses: coercion & enticement, in violation of 18 U.S.C. § 2422 and aggravated sexual abuse with children, in violation of 18 U.S.C. § 2241(c) . This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The information provided is based upon my personal knowledge, or that of other sworn law enforcement officers participating in this investigation.

**IDENTIFICATION OF THE DEVICE(S) TO BE EXAMINED**

4. The property to be searched is as follows:

One (1) Samsung Cellular phone, SM-N976V, IMEI 356628103404966;

Two (2) SanDisk thumb drives;

(hereafter referred to as "the SUBJECT DEVICES), which are currently being held in evidence at the FBI Richmond Division, 1970 East Parham Road, Richmond, Virginia.

5. The applied-for warrant would authorize the forensic examination of the SUBJECT DEVICES for the purpose of identifying electronically stored data particularly described in Attachment B.

**RELEVANT STATUTORY PROVISIONS**

6. **Coercion and Enticement**: 18 U.S.C. § 2422(b) makes it unlawful for someone to use any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in

prostitution or any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so.

7. **Aggravated Sexual Abuse With Children**: 18.U.S.C. §2241(c) provides that whoever crosses a state line with the intent to engage in a sexual act with a person who has not attained the age of 12 years old, or attempts to do so, shall be fined under this title and imprisoned for not less than 30 years or for life.

## TECHNICAL TERMS

8. Based on my training and experience, I use the following technical terms to convey the following meanings:

a. **Internet**: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

b. **Internet Protocol address (or simply "IP address")** is a unique numeric address used by computers on the Internet. A typical IP address looks like a series of four numbers, each in the range 0-255, separated by periods (*e.g.*, 121.56.97.178). Newer IP addresses use a IPv6 format, represented as eight groups of four hexadecimal digits with the groups being separated by colons, for example 2001:0db8:0000:0042:0000:8a2e:0370:7334. Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

c. **Wireless telephone**: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.

d. **Smartphone** is a portable personal computer with a mobile operating system having features useful for mobile or handheld use. Smartphones, which are typically pocket-sized (as opposed to tablets, which are larger in

measurement), have become commonplace in modern society in developed nations. While the functionality of smartphones may vary somewhat from model to model, they typically possess most if not all of the following features and capabilities: 1) place and receive voice and video calls; 2) create, send and receive text messages; 3) voice-activated digital assistants (such as Siri, Google Assistant, Alexa, Cortana, or Bixby) designed to enhance the user experience; 4) event calendars; 5) contact lists; 6) media players; 7) video games; 8) GPS navigation; 9) digital camera and digital video camera; and 10) third-part software components commonly referred to as "apps." Smartphones can access the Internet through cellular as well as Wi-Fi ("wireless fidelity") networks. They typically have a color display with a graphical user interface that covers most of the front surface of the phone and which usually functions as a touchscreen and sometimes additionally as a touch-enabled keyboard.

e. **SIM card** stands for a "subscriber identity module" or "subscriber identification module," which is the name for an integrated circuit used in mobile phones that is designed to securely store the phone's international mobile subscriber identity (IMSI) number and its related key, which are used to identify and authenticate subscribers on mobile telephony devices (such as mobile phones and computers). It is also possible to store contact information on many SIM cards.

f. **IMEI**: International Mobile Equipment Identity, abbreviated as IMEI, is the unique serial number for every mobile cell phone using GSM (*i.e.*, Global System for Mobile communication) technology, which is a type of mobile phone network used in many places around the world, including by AT&T and T-Mobile in the United States. The IMEI number is used by networks to identify valid phones and block stolen or blacklisted phones from accessing the network. The IMEI number of a mobile phone can also be used to retrieve the unique unlock code for that phone. An IMEI number is normally 15 digits long but can be as long as 16 or 17 digits.

g. **Log Files** are records automatically produced by computer programs to document electronic events that occur on computers. Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

h. The terms "**records**," "**documents**," and "**materials**," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings,

drawings, paintings), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Smartphones, Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

9. Based on my training, experience, and research, I know that the SUBJECT DEVICES is a "smart phone" which has capabilities that include most, if not all, of those described in paragraphs 13.d and 13.e above. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the devices, and how the devices were used in furtherance of the offenses under investigation.

**COMPUTERS, ELECTRONIC STORAGE, AND FORENSIC ANALYSIS**

10. As described above and in Attachment B, this application seeks permission to search for records that might be found on the SUBJECT DEVICES, in whatever form they are found. One form in which the records might be found is digital data stored on a computer's hard drive or other storage media, or on a smartphone's internal memory or SIM card. Thus, the warrant applied for would authorize the seizure and examination of electronic storage media or, potentially, the copying of electronically stored information, all under Rule 41(e)(2)(B).

11. For purposes of this search warrant, the term "computer" refers also to smartphones such as the SUBJECT DEVICES.

12. *Probable cause.* I submit that there is probable cause to believe that records, documents and materials relating to the offenses under investigation will be stored on SUBJECT

DEVICES for at least the following reasons:

a. Based on my knowledge, training, and experience, I know that computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet. Electronic files downloaded to a storage medium can be stored for years at little or no cost. Even when files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a computer, the data contained in the file does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data. Depending on a variety of factors, a particular computer could easily not overwrite deleted files with new data for many months, and in certain cases conceivably ever.

b. Therefore, deleted files, or remnants of deleted files, may reside in unallocated space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

c. Wholly apart from user-generated files, computer storage media contain electronic evidence of how a computer has been used, what it has been used for, and who has used it. To give a few examples, this forensic evidence can take the form of operating system configurations, or artifacts from the operation of the computer/device's operating system or an application on the computer/device. Computer users typically do not erase or delete this evidence, because special software is typically required for that task. However, it is technically possible to delete this information.

d. Similarly, files that have been viewed via the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache" files.

13. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only computer files that might serve as direct evidence of the crimes described on the warrant, but also for forensic electronic evidence that establishes how computers were used, the purpose of their use, who used them, and when. There is probable

cause to believe that this forensic electronic evidence will be on any storage medium in the SUBJECT DEVICES because:

a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file. Web browsers, e-mail programs, and chat programs store configuration information on the storage medium that can reveal information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, and the times the computer was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created, although this information can later be falsified.

b. Forensic evidence on a computer or storage medium can also indicate who has used or controlled the computer or storage medium. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, registry information, configuration files, user profiles, e-mail, e-mail address books, "chat," instant messaging logs, photographs, the presence or absence of malware, and correspondence (and the data associated with the foregoing, such as file creation and last-accessed dates) may be evidence of who used or controlled the computer or storage medium at a relevant time.

c. A person with appropriate familiarity with how a computer works can, after examining this forensic evidence in its proper context, draw conclusions about how computers were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact files, blocks, registry entries, logs, or other forms of forensic evidence on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. While it is possible to specify in advance the records to be sought, computer evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a computer was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium. For example, the presence or absence of counter-forensic programs or anti-virus programs (and associated data) may be relevant to establishing the user's intent.

f. I know that when an individual uses a computer to possess, receive, distribute and/or produce child pornography, the individual's computer will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The computer is an instrumentality of the crime because it is used as a means of committing the criminal offense. The computer is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that a computer used to commit a crime of this type may contain: data that is evidence of how the computer was used; data that was sent or received; notes as to how the criminal conduct was achieved; records of Internet discussions about the crime; and other records that indicate the nature of the offense.

14. *Necessity of seizing or copying entire computers or storage media.* In most cases, a thorough search of the SUBJECT DEVICES for information that might be stored on storage media often requires the seizure of the physical storage media and later off-site review consistent with the warrant. In lieu of removing storage media from the SUBJECT DEVICES, it is sometimes possible to make an image copy of storage media. Generally speaking, imaging is the taking of a complete electronic picture of the computer's data, including all hidden sectors and deleted files. Either seizure or imaging is often necessary to ensure the accuracy and completeness of data recorded on the storage media, and to prevent the loss of the data either from accidental or intentional destruction. This is true because of the following:

a. <u>The time required for an examination</u>. As noted above, not all evidence takes the form of documents and files that can be easily viewed on site. Analyzing evidence of how a computer has been used, what it has been used for, and who has used it requires considerable time, and taking that much time on SUBJECT DEVICES could be unreasonable. As explained

above, because the warrant calls for forensic electronic evidence, it is exceedingly likely that it will be necessary to thoroughly examine storage media to obtain evidence. Storage media can store a large volume of information. Reviewing that information for things described in the warrant can take weeks or months, depending on the volume of data stored, and would be impractical and invasive to attempt on-site.

b. Technical requirements. Computers can be configured in several different ways, featuring a variety of different operating systems, application software, and configurations. Therefore, searching them sometimes requires tools or knowledge that might not be present on the search site. The vast array of computer hardware and software available makes it difficult to know before a search what tools or knowledge will be required to analyze the system and its data on the SUBJECT DEVICES. However, taking the storage media off-site and reviewing it in a controlled environment will allow its examination with the proper tools and knowledge.

c. Variety of forms of electronic media. Records sought under this warrant could be stored in a variety of storage media formats that may require off-site reviewing with specialized forensic tools.

15. *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit seizing, imaging, or otherwise copying storage media that reasonably appear to contain some or all of the evidence described in the warrant, and would authorize a later review of the media or information consistent with the warrant. The later review may require techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of a hard drive to human inspection in order to determine whether it is evidence described by the warrant.

## PROBABLE CAUSE

16.     The FBI Richmond Division's Child Exploitation Task Force located in Virginia conducted an undercover operation targeting subjects willing to travel in order to engage in sexual conduct with a minor. During the operation, online covert employees (OCE's) used a covert social media account to pose as an adult intermediary who had access to a female minor. The OCE posted a profile on an online platform and subsequently responded to subjects who indicated a desire to meet with the female minor.

17.     An OCE posted an undercover (UC) profile on "Alt.com." Alt.com is a network for members interested in alternative forms of sexual relationships and friendship.  Users can bond over fetishes, kinks, and BDSM (Bondage, Discipline, Sadism, and Masochism), as well as explore the site's large stockpile of sexual videos, articles, and other content.  The UC profile noted that the user was an adult female from Chesterfield, Virginia.  It also included a list of kinks to include "Adult Breastfeeding", "Daddy/babygirl", "mom/son", "young/old," "Mommy/Daddy play" and "taboo family".  On January 16th, 2020, an individual utilizing the user name "master_joe_2000" contacted the OCE through the UC profile, "Becca", on Alt.com and exchanged the following messages:

**master_joe_2000: , "Have you ever been owned?"**

**Becca:"I havent"**

**master_joe_2000: "But you want to be?"**

**Becca: "I'm more into taboo family play"**

**master_joe_2000 "Nice" and "What do you enjoy**

**Becca:"Being a mommy to my family"**

**master_joe_2000: "Such as?"**

**Becca: "I do t want to go into detail on here. I'm sure you can use your imagination"**

**master_joe_2000: "Do you have any kids?"**

**Becca: "I have a daughter".**

**master_joe: "Mmmmmm" "Wickr or whatsapp both are highly secure"**

**Becca: "What's your name on whatsapp"**

**master_joe_2000: "Try my phone number, 7174484343**

Master_joe_2000"'s profile stated that he was a 60 year-old male with a date of birth of February 14th, 1959 who is in the Washington D.C./Virginia area.

18. On January 16th, 2020 the OCE went on Whatsapp and wrote a message to the number provided by "master_joe_2000". The following exchange occurred:

**Becca: " So do I call you joe, master or master joe?"**

**master_joe : "Joe or sir, unless you become mine."**

**master_joe: "How old is your girl?"**

**Becca: "She's 10",**

**master_joe: "A good mother makes sure her child gets all the knowledge and training she needs."**

Later in the conversation, the OCE stated that two years ago she walked in on her boyfriend at the time and her daughter and it turned her on. Joe asked if the daughter was

receptive and asked if her boyfriend had taken her far. The two then had the following exchange:

**Becca: "She is" and "If she didn't enjoy it we wouldn't be doing it"**

**master_joe: "Wonderful."**

**Becca: "Oral and fingering but no vaginal or anal sex"**

**master_joe: "Hymen still intact?"**

**Becca:"It is"**

**master_joe: "Mmmmm"**

**master_joe:"You and her interested in living in dc?"**

Joe then explained that the house would come with the deal of the OCE being his. The two then continued with the following exchange:

**master_joe: "She like having her pussy eaten?"**

**Becca: "She loves it" and "She loves eating it too".**

**master_joe: I would love to watch that**

19. On January 17th, 2020, Joe exchanged the following chats with the OCE persona

**master_joe: "Obviously, if a vanilla was there, she is a kid." and "We have to protect the secret."**

**Becca:"Oh ok"**

**master_joe: "When just her, you, and I she would fully participate".**

**Becca: "My ex played with her by himself sometimes. Is that something you'd like too?"**

**master_joe: "Yes".**

**master_joe: "I want you to position my cock at her cunt, especially the first time, and make it clear to her that it's her responsibility to take it." and "Same for her ass."**

**Becca:"How would you punish us?"**

**master_joe: "Belt, paddle, canes, crops, floggers, corner time, or many many other ways."**

**Becca:"Oh wow You're really experienced"**

**master_joe: "I've owned and trained slaves for over forty years." and "Never a pair like you, though it's been a goal."**

20. On January 18th, 2020, Joe and the OCE persona "Becca" exchanged the following chats:

**Becca:"Do you chat on your phone or computer?"**

**Becca: "It's saying online"**

**master_joe: "A bit of both." "Computer right now."**

Joe later said he owned a MacBook Pro. Later in the conversation, Joe mentioned pornography and sent a link to a text based pornographic story that featured incest, child exploitation and bestiality. Joe and the OCE persona Becca then had the following exchange regarding what Becca had told her daughter about him:

**Becca: "She's excited"**

**master_joe: "What did you tell her**

**Becca: "She's wanted to have vaginal sex for awhile"**

**master_joe: "Good. That will be a priority for me." and "And anal."**

Later in the conversation, Joe tells the OCE the ten year-old daughter needs an online account and they discuss how to create one. Joe then sends the OCE a link to a video of

bestiality after the OCE told Joe bestiality occurred in the text based pornographic story Joe had sent earlier.

21. On January 20th, 2020 Joe mentioned he was in his hotel in Washington, D.C. for work and had the following exchange with OCE persona Becca.

**master_joe: "Who knows, in a few years, maybe I'll marry her so it can be in the open."**

**Becca: "She's 10 now so I would hope you're not bored of us by the time she's legal"**

**master_joe: "Oh I won't be."**

**master_joe: "You'll both eventually learn to tend dogs when I order it." "In the cunt, ass, and mouth."**

**Becca: "Do you have dogs you use for sex?"**

**master_joe: "Not right now, but I'll get them so they can be raised by you and her, teaching them and you.**

**Becca: "What did you mean by tend?",**

**master_joe: "Suck, fuck, ass fuck. Tend their needs."**

**master_joe: "I go where the work is."**

**master_joe: "Just left capital one."**

**master_joe: "Was in pa for a decade before that." Later Joe wrote, "I'm looking at a nice apt in bethesda, 1700 a month."**

22. On January 21st, 2020, the OCE told Joe she had created a Kik account for the ten-year old female. Later in the conversation Joe wrote that he was back in Washington, D.C. Joe believed he was speaking Becca on Whatsapp and that he was messaging the ten year-old daughter, Sarah, on KIK. Joe's username on KIK was "Master_Joe_2000". After introductions were made Master Joe and OCE persona, Sarah, exchanged the following chats:

**master_joe: "When is your birthday?"**

**master_joe: "You call me sir."**

**Sarah:"In August"**

**master_joe: "So about 10 and a half?"**

**Sarah: "Yeah".**

**master_joe: "How long ago were you first touched?"**

**Sarah:"When I was 7".**

**master_joe: "And when did you have your first orgasm?"**

**Sarah: "I'm not sure I know mom gave it to me".**

**master_joe: "So only the one guy and your mom have touched you?"**

**Sarah: "Yeah".**

**master_joe: "But nothing has been in your cunt?"**

**Sarah: "Moms tongue has"**

**master_joe: "I mean deep, breaking your hymen?"**

**Sarah:"?".**

**master_joe: "I'll be eating your sweet little cunt also." "Your virginity",**

**Sarah:"No I'm still a virgin"**

**master_joe: "You won't be when I get my hands on you." "I will take all your holes."**

**Sarah:"Like my mouth and vagina".**

**master_joe: "Anyone ever lick or finger your ass?"**

**Sarah:"No That would hurt".**

**master_joe: "Yes, both of those. And your ass." "At first a bit." "But I am going to train you to love it."**

**master_joe: "So tell me what you've done?"**

**Sarah:"I've sucked dick and eaten pussy". "I've fingered my mom and jerked off her ex".**

**master_joe: "And you've been eaten."**

**Sarah:"I have". "I love when I'm eaten".**

**master_joe: "I'll enjoy licking you, and making other slaves eat you, especially your mom." "Odds are good you'll be sitting on her mouth when I first fuck you."**

**Sarah:"Have you ever had sex with someone my age"**

**master_joe: "No".**

**Sarah: "How old ru"**

**master_joe: "I'll be 61 in 3 weeks."**

**Sarah: "Happy birthday!!!!!" and Master Joe replied, "Feb 14".**

23. On January 22nd, 2020 Joe mentioned he had lots of sex toys. Joe and the OCE persona Becca had the following exchange:

**master_joe: "Most with me all the time."**

**Becca:"You take them with you when you travel?"**

**master_joe: "They are in my car."**

**Becca: "Because you'll never know when you need them?",**

**master_joe: "Yes, and then they are not in the house for prying eyes."**

**Becca:"Are you back home then or still in dc?"**

**master_joe: "In DC during the week, and this weekend."**

24. On January 23rd, 2020 Master Joe exchanged the following chats with OCE persona Sarah:

**master_joe: "And I'll pound you hard.",**

**Sarah: "What do u mean?"**

**master_joe: "Fuck you." "Cunt, ass, and mouth."**

**Sarah:"Oh wow Ass might huttt"**

**Sarah: "Hurt but everything else sounds great"**

**master_joe: "I want it to hurt you when I do." "And you'll love it."**

Later Master Joe told the ten year-old female she would love nipple clamps and bondage. On Whatsapp, the OCE persona Becca mentioned the ten year old was looking for pornography that featured people her age. Joe wrote, "It's hard to get to." And "Requires bit coin, and access to the dark web." And Becca replied, "Waaaaay beyond my skills" to which Joe replied, "Right, until I teach you."

25. On January 27th, 2020 Master Joe exchanged the following chats with OCE persona Sarah:

**master_joe: "I might even make you pee in her mouth. ☺"**

**Sarah: "Ewww" and "Gross".**

**master_joe: "Done right shell love it, and so will you. ☺".**

**master_joe: "Do you ever make yourself cum or just when mom eats you?",**

**Sarah: "Both" "I can rub myself and make melt self cum".**

**master_joe: "You need to start asking permission to cum." "Like mom is doing."**

26. On February 4th, 2020 Joe exchanged the following chats with OCE persona Becca:

**master_joe: "I picture earlier, fucking her mouth with you rimming me, her pulling my ass cheeks apart to give you better access and you gripping her hair and fucking me with her head."**

**Becca: "Oh my god that's so fucking hot"**

**master_joe: "Isn't it."**

**Becca:"Yes".**

**master_joe: "And I explain to you both, if she let's my ass close I'll whip her, and her teeth touch my cock I'll whip you."**

**master_joe: "I hope to be in my own place by next week."**

**Becca: "Where are you now?"**

**master_joe: "Hotels, or borrowing my daughter's spare room." "She knows I own slaves."**

Joe went on to say he told her when she was eighteen years-old but the two of them had never played with each other. Joe wrote, "She has never been my type." And "Her or my grand daughter."

27. On February 5th, 2020 Master Joe exchanged the following with OCE persona Sarah:

**master_joe: "Your mom and I are meeting in 8 days." "The night before my birthday."**

**Sarah: "Happy birthday!!!!!"**

**master_joe: "She is going to bring me pictures of you." Rah: "Show me just how adult you can be taking them."**

**Sarah: "I will You're gonna love em".**

28. On February 6th, 2020 Joe had the following chat with OCE persona Becca:

**master_joe: "I found a house by the way." "Real nice. Lots of space." "In rockville md."**

**master_joe: "I should be moving in mid week."**

29. On February 8th, 2020 Joe had the following exchange with OCE persona Becca:

**master_joe: "Does she understand that she will never have boyfriends?" "That she will be mine and mine alone?"**

**Becca: "You don't want her to date when she becomes a teenager?"**

**master_joe: "No. I plan her to be my slave for life."**

**Becca: "Mmmmmm You will still share her with me though, right?"**

**master_joe: "With my permission, of course."**

30. On February 9th, 2020 Joe and OCE Persona Becca had the following chat:

**master_joe: "What kind of car do you drive?"**

**Becca: "It's a maroon Mazda. What do you drive**

**master_joe: "Real Prius." "Teal".**

31. On February 10th, 2020 Master Joe had the following chat with OCE persona Sarah:

**master_joe: "You know the first time I take you will hurt a lot, and I will make it hurt all I can?".**

**Sarah: "Why will it hurt"**

**master_joe: "I will be ripping your hymen."**

**Sarah: "Oh k" "Y do u want to make it hurt all u can"**

**master_joe: "So I will make it hurt in different ways, because it will not make it worse for you and I'll love it so much more."**

**master_joe: "I have a hard cock thinking about hurting you."**

**Sarah: "Ya"**

**master_joe: "I cant wait to shove it up your tight little ass."**

**master_joe: "The more you take, the more you want, the more sick and twisted you are, the more I'll love you."**

32. On February 13th, 2020 Joe was set to meet with the OCE persona Becca but the meeting was cancelled by the OCE. They had the following chat exchange:

**Becca: "I still need to see if my neighbor can watch Sarah" "I'm so fucking mad right now" and Joe replied, "I'll watch her. :)".**

The OCE refused because they had not yet met.

**master_joe: "I'll even send you a copy of my license."**

The next message sent by Joe was a picture of a Virginia driver's license belonging to a white male named Joseph Bryant. The OCE repeatedly refused to let Joe watch the ten year-old female.

**master_joe: "Just talking to you openly could land me in jail."**

Later in the conversation the OCE and Joe agreed to meet on February 20th, 2020

**master_joe: "I might try to write a story about you having let me baby sit tonight. ;)".**

**Becca: "That would be great to read I didn't know you wrote stories?"**

**master_joe: "I havn't before, but you inspire me. :)"**

33. On February 16th, 2020 Master Joe had the following exchange with OCE persona Sarah:

**master_joe: "I'm writting a story about it."**

**Sarah: "Can I read it"**

**master_joe: "When I'm done.**

**master_joe: "Well, I just finished the part where I RIP your panties off so I can spank you more on your bare ass. ☺" and "Running a finger down the crack of your ass, around your little hole, then down and around your cunt, ending by rubbing your clit."**

**Sarah: "That's what we would have done? Now I'm really mad she didn't let u watch me"**

**master_joe: "We would have done a lot more then that."**

**master_joe: "We would have done a lot more then that."**

**Sarah:"K"**

**master_joe: "Having a ten year old virgin as my slave has been my second biggest fantasy my entire life." "The biggest, having her and her mother."**

**Sarah: "What do u wanna do Thursday"**

**master_joe: "I want your mom to put my hard cock in you for the first time."**

34. On February 17th, 2020 in reference to his story concerning what he would have done had he babysat Sarah on the night of February 13th, 2020 Joe wrote, "I would have sent it, but its downstairs on my computer." Becca replied, "Ok Are you in goochland?" and Joe wrote, "No. Rockville md."

35. On February 18th, 2020 Joe sent his completed story to the OCE persona "Becca" on Whatsapp. The story details how a sixty year-old man came over to a child's house and sexually exploited her with the help of the child's mother.

36. Between January 16th, 2020 and February 19th, 2020, investigators obtained personally identifiable information from "master_joe_2000"'s Alt.com profile and from information volunteered during the chat sessions. "master_joe_2000" revealed that he lived in Goochland, Virginia and later Rockville, Maryland, that his first name is "Joe", that his birthdate is February 14th, 1959, that his phone number is (717) 448-4343, and that he was previously

employed by Capital One. Agents also obtained pictures of the suspect from the chat sessions themselves. Upon receipt of this information, agents utilized open source and FBI databases to identify the suspect as JOSEPH MARVIN BRYANT.

37.     Investigators received subscriber data from Verizon for phone number (717) 448-4343. The results revealed the account belonged to JOSEPH BRYANT, registered on April 17th, 2010.

38.     A query of the Department of Motor Vehicles (DMV) database revealed that JOSEPH MARVIN BRYANT holds a Virginia Driver's License, with an address of 2513 Crest Hollow Court, Goochland, Virginia, 23063, that matches the address included in the Verizon subscriber records. It also matches the picture of a Virginia Driver's License belonging to JOSEPH BRYANT that was sent on Whatsapp on February 13th, 2020. The picture on JOSEPH MARVIN BRYANT'S DMV record also appeared to be the same person from the pictures "master_joe_2000" sent during the chat sessions.

39.     The DMV query stated JOSEPH MARVIN BRYANT owns a 2015 Toyota Prius with a Virginia tag of XPA7552 and "master_joe_2000" verified through chats he drives a teal Prius.

40.     On February 20, 2020, law enforcement arrested JOSEPH MARVIN BRYANT when he appeared at the Wegmans grocery store located at 12501 Stone Village Way, Midlothian, Virginia, which was the meeting spot arranged during messages between Joe and the OCE. Investigators took BRYANT into custody as he approached a vehicle in which the OCE had indicated they would be waiting. BRYANT drove up to the vehicle in a green 2015 Toyota

Prius with Virginia tags XPA7552. Agents subsequently seized the vehicle. Bryant stated that he traveled to that location from his place of employment in Bethesda, Maryland.

41. One (1) Samsung Cellular phone, SM-N976V, IMEI 356628103404966 and Two (2) SanDisk thumb drives were seized from Bryant's person upon arrest.

## CONCLUSION

42. I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the SUBJECT DEVICES described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

Cedric Jefferson
Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation

SEEN AND APPROVED BY:

Alexaundra Williams
Special Assistant U.S. Attorney

/s/
Roderick C. Young
United States Magistrate Judge

Subscribed and sworn to before me on February 26, 2020.

# ATTACHMENT A

*Property to be Searched*

One (1) Samsung Cellular phone, SM-N976V, IMEI 356628103404966,

Two (2) SanDisk thumb drives;

which are currently in the possession of the Federal Bureau of Investigation, 1970 East Parham Road, Richmond, Virginia.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.      All records and information relating to possible violations of the following criminal offenses: coercion & enticement, in violation of 18 U.S.C. § 2422, and aggravated sexual abuse with children, in violation of 18 U.S.C. § 2241(c) including:

   a.  Any and all visual depictions of minors;

   b.  Any and all communications with minors;

   c.  Any and all address books, names, and lists of names and addresses of minors;

   d.  Any and all diaries, notebooks, notes, and any other records reflecting physical contact, whether real or imagined, with minors, and any such items discussing sexual activities with minors;

   e.  Any and all child erotica, including photographs of children that are not sexually explicit, drawings, sketches, fantasy writings, diaries, and sexual aids;

   f.  Records and information relating to Whatsapp, Alt.com and/or KIK username/account master_joe_2000, and any related Whatsapp, Alt.com or KIKaccounts;

   g.  Any information recording suspect's schedule or travel from February 20, 2020.

2.      Computers or storage media used as a means to commit the violations described above.  Included in the definition of "computer" are smartphones and tablets such as the SUBJECT DEVICES.

3.      For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

f. evidence of the times the COMPUTER was used;

g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

i. records of or information about Internet Protocol addresses used by the COMPUTER;

j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or

storage, including any form of computer or electronic storage.

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, smart phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.